IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PEZZI, | No. C 11-04228 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE AND VACATING HEARING** |
| WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, FSB, WORLD SAVINGS BANK, FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, CAL-WESTERN RECONVEYANCE CORPORATION | |
| Defendants. / | |

On October 4, 2011, this action was reassigned to the undersigned judge. On October 27, 2011, defendants Wells Fargo Bank, N.A. and Golden West Savings Association Service Company renoticed their motion to dismiss and accompanying request for judicial notice. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due November 10. None was filed. Accordingly, *pro se* plaintiff Laura Pezzi is hereby **ORDERED TO SHOW CAUSE** why her claims against defendants Wells Fargo Bank, N.A. and Golden West Savings Association Service Company should not be dismissed for failure to

oppose the motion. Plaintiff Pezzi must file a written response to this order by **DECEMBER 8, 2011**. If no response is filed or if good cause is not shown, then the motion may be granted. The motion hearing previously set for December 1, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE