IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PEZZI,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br>WACHOVIA MORTGAGE, FSB,<br>WORLD SAVINGS BANK, FSB,<br>GOLDEN WEST SAVINGS<br>ASSOCIATION SERVICE COMPANY,<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION,<br><br>    Defendants.<br>                                                        / | No. C 11-04228 WHA<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff Laura Pezzi was ordered to show cause by December 8, 2011, why her claims should not be dismissed for failure to oppose defendants' motion to dismiss (Dkt. No. 17). Plaintiff did not respond to the order to show cause and did not appear at the case management conference held on December 15, 2011. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her case should not be dismissed for failure to prosecute or/and oppose the motion to dismiss. Plaintiff must file a written response to this order by **NOON ON DECEMBER 27, 2011**. If no response is filed, the case will be dismissed.

    **IT IS SO ORDERED.**

Dated: December 15, 2011.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE