IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PEZZI,<br><br>   Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., WACHOVIA MORTGAGE, FSB, WORLD SAVINGS BANK, FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, CAL-WESTERN RECONVEYANCE CORPORATION,<br><br>   Defendants.<br>                                                                  / | No. C 11-04228 WHA<br><br>**ORDER DISMISSING CASE** |

On October 4, 2011, this action was reassigned to the undersigned judge. On October 27, 2011, defendants renoticed their motion to dismiss and accompanying request for judicial notice. Plaintiff failed to timely oppose the motion or file a statement of non-opposition. An order to show cause issued. Plaintiff failed to respond. Plaintiff also failed to appear at the case management conference set for December 15, 2011. A second order to show cause issued. Plaintiff was ordered to respond by December 27. Again, plaintiff failed to respond.

This action is hereby **DISMISSED** for lack of prosecution and failure to appear at the regularly scheduled case management conference. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE